UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ZALMAN FELLIG AND ALISA FELLIG
on behalf of themselves and
all other similarly situated consumers

Index# 1:14-cv-04116-WFK-MDG

STIPULATION OF
DISMISSAL

Plaintiff,

-against-

MIDLAND CREDIT MANAGEMENT, INC.

Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
December 8, 2014

Dated: New York, New York
December 8, 2014

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

/s R. David Lane, Jr.
Richard David Lane , Jr.
Marshall, Dennehey, Warner, Coleman & Goggin
Attorney for the Defendant
88 Pine Street, 21st Floor
New York, New York 10005
Office: 212-376-6400
Fax: 212-376-6490
E-mail: rdlane@mdwcg.com

The application is ✓ granted. ___ denied.
SO ORDERED
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: December 9, 2014
Brooklyn, New York